■ MARIE CALIA, Respondent, v LEONARD CALIA, Appellant. [671 NYS2d 981] —In an action for a divorce and ancillary relief, the husband appeals from an order of the Supreme Court, Kings County (Rigler, J.), dated October 30, 1997, which, *inter alia,* awarded the wife interim counsel fees in the amount of $2,500 and interim expert fees in the amount of $2,000.

Ordered that the order is affirmed, with costs.

The purpose of an award of pendente lite relief is to " 'tide over the more needy party, not to determine the correct ultimate distribution' " (*Roach v Roach,* 193 AD2d 660, quoting *Yecies v Yecies,* 108 AD2d 813, 814). "[P]endente lite awards should be an accommodation between the reasonable needs of the moving spouse and the financial ability of the other spouse

* * * with due regard for the preseparation standard of living" (*Byer v Byer,* 199 AD2d 298). The remedy for a perceived inequity in a pendente lite order is a speedy trial where the financial circumstances of the parties can be fully explored (*see, Terceira v Terceira,* 193 AD2d 729). In this case, the court did not improvidently exercise its discretion in awarding the wife interim counsel fees and expert fees (*see, Horowitz v Horowitz,* 237 AD2d 490).

The husband's remaining contentions are without merit. Rosenblatt, J. P., Sullivan, Joy, Altman and Luciano, JJ., concur.